NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEUTRAL TANDEM, INC.**
*Plaintiff-Appellant,*

**v.**

**PEERLESS NETWORK, LLC, PEERLESS NETWORK OF ILLINOIS, LLC, and JOHN BARNICLE,**
*Defendants-Appellees.*

---

2011-1144

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-3402, Judge John W. Darrah.

---

## JUDGMENT

---

JOHN R. HARRINGTON, Neutral Tandem, Inc., of Chicago, Illinois, argued for plaintiff-appellant. Of counsel on the brief were ELAINE J. GOLDENBERG and MATTHEW S. HELLMAN, Jenner & Block, LLP, of Washington, DC; and PAUL D. MARGOLIS and D. MATTHEW FELDHAUS, of Chicago, Illinois. Of counsel was KRISTOPHER R. KIEL, of Chicago, Illinois.

DAVID RENE' YOHANNAN, Kelley Drye & Warren, LLP, of Washington, DC, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2011 | /s/ Jan Horbaly
Date | Jan Horbaly
| Clerk